■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOUIS PANEPINTO, Appellant.— Motions granted to prosecute appeals on original records, typewritten briefs; motion to dismiss appeal from judgment of conviction granted unless appeal is ready for argument at February 1963 Term; Erie County Clerk directed to furnish counsel with copy of stenographic minutes of hearing in *coram nobis* proceeding, provided that an additional copy

has been filed by the stenographer in accordance with the statute (Code Crim. Pro., § 456, as amd. by L. 1962, ch. 889). David C. Fielding, Esq., assigned as counsel to conduct appeals.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM W. NUNEMAKER, Appellant.— Motion granted and appeal dismissed.